**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 08-80127 MISC VRW

Mark Barry Scott,                    ORDER

    State Bar No 49773

ENTERED IN CIVIL DOCKET   JAN 1 6 2009

    On June 19, 2008, this court issued an order to remove Mark Barry Scott from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, effective June 6, 2008.

    Mr Scott has now provided proof of reinstatement by the State Bar.

    The court now orders Mark Barry Scott placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

MARK BARRY SCOTT,

_____/

Case Number: C08-80127 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Fishkin
Fishkin & Slatter LLP
1111 Civic Drive, Suite 215
Walnut Creek, CA 94596

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*